IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR127 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE LUIS RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the report from Pretrial Services of defendant Jose Luis Rivera's unsatisfactory discharge from Bristol Station (Filing No. 73). Rivera's participation in treatment at Bristol Station was a condition of his release (Filing No. 52). Accordingly, Rivera's conditions of release are revoked.

**IT IS ORDERED:**

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

3. On order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 22nd day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge